# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MYRON LAMAR FRAZIER

NO. 2025 KW 1158

**MARCH 23, 2026**

---

In Re:   Myron Lamar Frazier, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-11-0141.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion for clarification of sentence filed on May 20, 2025, on or before May 6, 2026. A copy of the trial court's action shall be filed in this court on or before May 13, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT